## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   Civil Action No. |
| | :   3:03cv1031 (SRU) |
| 38 JEFFERSON AVENUE, ET AL | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

_____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____   A ruling on the following motions which are currently pending: (orefm.)

__X__   A settlement conference (orefmisc./cnf)

_____   A conference to discuss the following: (orefmisc./cnf) _____

_____   Other: (orefmisc./misc) _____

SO ORDERED this 14th day of July 2004, at Bridgeport, Connecticut.

                                                                     /s/ Stefan R. Underhill
                                                                     Stefan R. Underhill
                                                                       United States District Judge