UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:03CV1031 (SRU) |
| : | |
| ONE PARCEL OF PROPERTY : | |
| LOCATED AT 38 JEFFERSON AVENUE, : | |
| NEW LONDON, CONNECTICUT, : | |
| WITH ALL APPURTENANCES AND : | |
| IMPROVEMENTS THEREON, AND : | |
| : | |
| Defendant. : | June 21, 2005 |
| : | |
| [CLAIMANTS: MARIA M. FERNANDES, : | |
| PEOPLE'S BANK, AND ROBERT A. : | |
| VENTURINI, JR.] : | |

MOTION TO AMEND
VERIFIED COMPLAINT OF FORFEITURE

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, United States of America, hereby respectfully requests leave of court to amend its Verified Complaint of Forfeiture, dated June 11, 2003. An Amended Verified Complaint of Forfeiture is submitted herewith. The purpose of the Amended Verified Complaint is to update the mortgagee information and to give notice of this action to said mortgagee.

At the time the United States filed its Verified Complaint of Forfeiture on June 11, 2003, undersigned counsel was unaware that the mortgage to Bank of America had been satisfied and that a new mortgagee had an interest in the property. By letter dated July 31, 2003, Bank of America informed the Plaintiff, United States of America, that the mortgage referenced in the Verified Complaint of Forfeiture in the original principal amount of $19,600 was paid in full on

May 5, 2003, and that it no longer had any interest in the property at 38 Jefferson Avenue, New London, Connecticut. Copies of the letter and enclosures are attached hereto.

It was not until the United States was preparing a Status Report in March of 2004, that it learned that People's Bank held a mortgage against the Defendant Property located at 38 Jefferson Avenue, New London, Connecticut. A title search revealed that People's Bank held a mortgage in the original principal amount of $75,000, which mortgage is dated April 28, 2003, and recorded on May 28, 2003 – only two weeks before the United States initiated this civil forfeiture action.

In addition to updating the mortgage information, the Plaintiff has also updated the appraised value after a review of the New London Tax Assessor's records indicated an appreciated value. The Plaintiff has also made changes to Paragraphs 56 and 57 to reflect the disposition of the state criminal charges against Robert Venturini, Jr. and Maria Fernandes since the filing of the Verified Complaint of Forfeiture.

The United States respectfully requests that the Court grant leave to file an Amended Verified Complaint of Forfeiture to give notice to People's Bank and to afford the bank an opportunity to appear in this action.

Respectfully submitted,

PLAINTIFF
UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BY: JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct23398

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion to Amended Verified Complaint of Forfeiture, has been mailed, postage prepaid, this 21st day of June, 2005 to:

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate No. 205620
100 Bilton Road
Somers, CT 06071

People's Bank
850 Main Street, 11th Floor
Bridgeport, CT 06604
Attn: Legal Department

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14069-9000

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

**Bank of America.**

July 31, 2003

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14068-9000

Julie G. Turbert
United States Attorney's Office
157 Church street
New Haven CT  06510

Re:  United States of America v
     38 Jefferson Street
     Maria M. Fernandes
     Loan No. 6643682021

Dear Ms. Turbert:

Bank of America is in receipt of your Verified Complaint of Foreclosure regarding the above matter. Our records show that the above loan paid-in-full on May 5, 2003. It appears the original Release of Lien has not yet been recorded in New London City at the time the Complaint was processed. I have enclosed a copy of our mortgagors request for satisfaction, the Satisfaction of Mortgage sent to New London City, and payment history reflecting the payoff, for your reference.

Based on this information, Bank of America no longer holds any interest in the property and requests to be dismissed as a party to this action.

If you have any questions, please do not hesitate to contact me at 716.635.2246.

Sincerely,

*Denise Williams*

Denise Williams
Research Analyst

## people's bank

TO:       BANK AMERICA
FROM:     MARIA M FERNANDES

ADDRESS:  38 JEFFERSON AVE
          NEW LONDON, CT 06320
DATE:     May 2, 2003
ACCOUNT # X 664368 2021

Dear BANK AMERICA

I/We authorize you to credit the enclosed check for the above account as payment in full. Your acceptance of this check indicates you will satisfy the following instructions.

— ——  CREDIT CARD PAY OFF - CLOSE ACCOUNT
          Pay off the above referenced account in full.
          Close account
          Cut up Credit Cards
          Destroy checks if applicable

— ——  CREDIT CARD PAY OFF - DO NOT CLOSE
          Pay off the above referenced account in full.
          Do not close the account.

——  ——  CREDIT CARD REDUCE LIMIT
          Pay off the above referenced account in full
          Reduce Limit to $ _____

——  ——  SECURED REAL ESTATE LOAN
          Pay off the above referenced account in full
          Close account
          If open line of credit destroy checks.
          Issue a release of lien to borrower for recording.

After applying this amount, please contact me (the customer) if there is any remaining balance. If you have any questions or need any further information regarding the payoff of this account, please contact me (the customer) directly.

_[signature]_
Customer Signature
MARIA M FERNANDES

Customer Signature

Customer Signature

Customer Signature

APP ID 173428

State of Connecticut
New London City

Prepared by: Nancy Miller
Bank of America
475 CrossPoint Pkwy, Getzville NY 14068
Loan Number: 6643682021
0
When recorded mail to:
Maria M Fernandes

171 Pequot Avenue #1
New London, CT 06320

Property Address:
38 Jefferson Ave
New London, CT 06320

## Satisfaction of Mortgage

**KNOW ALL MEN BY THESE PRESENTS**, that Bank of America, N.A., a corporation formed under the laws of the United States of America and doing business at 475 CrossPoint Pkwy, Getzville NY 14068, the owner and holder of a certain mortgage deed executed by Maria M Fernandes
To Bank Of America, N.A.
bearing the date of 03/31/2000, recorded in Official Records on 04/03/2000 in Book 1149 in Page 171 **and Rerecorded on** , in the Office of Land Records of the Recorder of New London City Land Records, State of Connecticut, securing certain note in the principal amount of $19,600.00, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County, hereby acknowledges full payment and satisfaction of said note and mortgage deed, and surrenders the same as canceled and hereby directs the County Recorder to cancel, release and discharge the same of record.

**IN WITNESS WHEREOF** the said corporation has caused these presents to executed in its name by its proper officers thereunto duly authorized on 06/09/2003.

Bank of America, N.A.

**BY:** _____
Anna V. Bates,
Vice President

Signed in the presence of:

_____
Michele Holtz

_____
Eric Olson

**STATE OF** New York
**COUNTY OF** Erie

On this day of 06/09/2003, before me, Nancy A Miller, the undersigned officer, personally appeared Anna V. Bates who acknowledged himself/herself to be the Anna V. Bates of Bank of America, N.A., a corporation, and that he/she, as such Vice President, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself/herself as Anna V. Bates.
**WITNESS** my hand in the County and State last aforesaid

Nancy A Miller
Notary Public, State of New York
Qualified in Erie County
Commission Expires April 05, 2007

```
 P309 LN 6643682021          MORTGAGE LOAN HISTORY                 07-30-03
 NAME MM FERNANDE            INV-LN V11-001-007542577  DUE 05-01-03 TYPE 13-A
 BR BZ MAN E P-TYPE 1 INT .0900000 FIRST PB        .00  2ND PB          .00
 HUD    .00  NET     305.45  SF .00250000 SUSP      .00 STOP D B P F N A D L
 REP    .00  RES        .00                        LNK LOAN Z 0 1 0 0 0 0 0
    APP           06-16        05-16        05-05         05-05       04-01
    DUE           00-00        00-00        05-03         05-03       04-03
    TYPE/TRAN    6   01       3   07       1   81        1    73      1   71
    AMOUNT           .00       871.88-   19,305.73         13.00      305.45
    PRIN-PD          .00          .00   19,159.29           .00        13.91
    PRIN-BAL         .00          .00          .00     19,159.29   19,159.29
    INT-PD           .00          .00       162.59           .00       143.80
    ESC-PD           .00       871.88-      16.15-           .00       147.74
    ESC-BAL          .00          .00       871.88        888.03      888.03
    A&H-INS          .00          .00          .00           .00         .00
    LIFE-INS         .00          .00          .00           .00         .00
    LC/FEES          .00          .00          .00  X       13.00        .00
    MISC-PD          .00          .00          .00           .00         .00
    ADV-BAL          .00          .00          .00           .00         .00
    SUSP             .00          .00          .00           .00         .00
    SC/PAYEE   P06011                                        *

 PAGE 001 OF 004    TOTAL TRANS AVAILABLE 0017    OLDEST TRAN 07-01-02 /P
```