UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 38 JEFFERSON AVENUE, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | June 21, 2005 |
| | : | |
| [CLAIMANTS: MARIA M. FERNANDES, | : | |
| ROBERT A. VENTURINI, JR., AND | : | |
| PEOPLE'S BANK.] | : | |

### REQUEST TO ENTER DEFAULT AGAINST ROBERT A. VENTURINI, JR. AND BANK OF AMERICA

To: Clerk of the Court

Plaintiff, the United States of America, hereby requests that you enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure Against Robert A. Venturini, Jr. and Bank of America, and all other persons, except Maria M. Fernandes and People's Bank, for failure to

file a statement of interest or answer or otherwise defend as provided for in Rule C of the

Supplemental Rules for Certain Admiralty and Maritime Claims.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                JULIE G. TURBERT
                ASSISTANT U.S. ATTORNEY
                P.O. BOX 1824
                NEW HAVEN, CT  06508
                (203) 821-3700
                FEDERL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to enter Default against Robert A. Venturini, Jr., has been mailed, postage prepaid, this 21st day of June, 2005, to:

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate No. 205620
100 Bilton Road
Somers , CT 06071

People's Bank
850 Main Street, 11th Floor
Bridgeport, CT 06604
Attn: Legal Department

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14069-9000

                                                        JULIE G. TURBERT
                                                       ASSISTANT U.S. ATTORNEY