UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| ONE PARCEL OF PROPERTY LOCATED AT 38 JEFFERSON AVENUE, NEW LONDON, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | : | |
| Defendant. | : | June 21, 2005 |
| [CLAIMANTS: MARIA M. FERNANDES, ROBERT A. VENTURINI, JR., AND PEOPLE'S BANK.] | : | |

DECLARATION IN SUPPORT OF REQUEST TO ENTER
DEFAULT AGAINST ROBERT A. VENTURINI, JR. AND BANK OF AMERICA

1. I am an Assistant United States Attorney and represent the Plaintiff, United States of America in this action.

2. On June 11, 2003, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant, one parcel of property located at 38 Jefferson Avenue, New London, Connecticut, with all appurtenances and improvements thereon ("Defendant Property"). The Complaint alleges that the Defendant Property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

3. Pursuant to a Notice of Complaint for Forfeiture Against Real Property, all persons interested in the Defendant Property were required to file their statements of interest with the Clerk of the Court within 30 days after the date of service of the complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint.

4. Notice of said forfeiture action was published in the <u>Hartford Courant</u> newspaper on June 18, 25 and July 2, 2003.

5. On June 25, 2003, Robert A. Venturini, Jr. was personally served by the United States Marshals Service with the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint of Forfeiture against Real Property, Motion for Writ of Entry, Memorandum in Support of Motion for Writ of Entry and proposed Writ of Entry.

6. On July 3, 2003, John J. Nazzaro, Esq., counsel for Maria M. Fernandez, waived personal service of the Verified Complaint of Forfeiture, Lis Pendens, Notice of Complaint for Forfeiture Against Real Property, Motion for Writ of Entry, Memorandum in Support of Motion for Writ of Entry, and proposed Writ of Entry

7. On July 16, 2003, Robert A. Venturini, Jr. was personally served by the United States Marshals Service with the Writ of Entry.

8. On July 31, 2003, Bank of America informed the Plaintiff, United States of America, that the mortgage referenced in the Verified Complaint of Forfeiture was paid in full on May 5, 2003. Copies of the letter and enclosures are attached hereto.

9. On June 21, 2005, Plaintiff moved to Amend its Verified Complaint of Forfeiture to include the mortgage interest of People's Bank. Plaintiff is in the process of serving its proposed

2

Amended Verified Complaint of Forfeiture on People's Bank and is not seeking a default against People's Bank.

10. Robert A. Venturini, Jr. has failed to file statement of interest or answer within the time permitted by Rule C of Supplemental Rules for Certain Admiralty and Maritime Claims.

11. Declarant knows of no reason why a default against Robert A. Venturini, Jr., and Bank of America, and all other persons and entities having an interest in the Defendant Property, except Maria M. Fernandes and People's Bank, should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 21st day of June, 2005

*Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Declaration In Support of Request to Enter Default Against Robert A. Venturini, Jr., has been mailed, postage prepaid, this 21st day of June, 2005 to:

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate No. 205620
100 Bilton Road
Somers, CT 06071

People's Bank
850 Main Street, 11th Floor
Bridgeport, CT 06604
Attn: Legal Department

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14069-9000

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY

**Bank of America.**

July 31, 2003

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14068-9000

Julie G. Turbert
United States Attorney's Office
157 Church street
New Haven CT  06510

Re:  United States of America v
     38 Jefferson Street
     Maria M. Fernandes
     Loan No. 6643682021

Dear Ms. Turbert:

Bank of America is in receipt of your Verified Complaint of Foreclosure regarding the above matter.  Our records show that the above loan paid-in-full on May 5, 2003.  It appears the original Release of Lien has not yet been recorded in New London City at the time the Complaint was processed.  I have enclosed a copy of our mortgagors request for satisfaction, the Satisfaction of Mortgage sent to New London City, and payment history reflecting the payoff, for your reference.

Based on this information, Bank of America no longer holds any interest in the property and requests to be dismissed as a party to this action.

If you have any questions, please do not hesitate to contact me at 716.635.2246.

Sincerely,

*Denise Williams*

Denise Williams
Research Analyst

## people's bank

TO:      **BANK AMERICA**

FROM:    **MARIA M FERNANDES**

ADDRESS: **38 JEFFERSON AVE**
         **NEW LONDON, CT 06320**

DATE:    **May 2, 2003**

ACCOUNT # X **6643682021**

Dear **BANK AMERICA**

I/We authorize you to credit the enclosed check for the above account as payment in full. Your acceptance of this check indicates you will satisfy the following instructions.

— ——  —    CREDIT CARD PAY OFF - CLOSE ACCOUNT
            Pay off the above referenced account in full.
            Close account
            Cut up Credit Cards
            Destroy checks if applicable

— ——  —    CREDIT CARD PAY OFF - DO NOT CLOSE
            Pay off the above referenced account in full.
            Do not close the account.

——  ——     CREDIT CARD REDUCE LIMIT
            Pay off the above referenced account in full
            Reduce Limit to $ _____

——  ——     SECURED REAL ESTATE LOAN
            Pay off the above referenced account in full
            Close account
            If open line of credit destroy checks.
            Issue a release of lien to borrower for recording.

After applying this amount, please contact me (the customer) if there is any remaining balance. If you have any questions or need any further information regarding the payoff of this account, please contact me (the customer) directly.

*[signature]*
Customer Signature
**MARIA M FERNANDES**

_____
Customer Signature

_____
Customer Signature

_____
Customer Signature

APP ID 173428

State of Connecticut
New London City

Prepared by: Nancy Miller
Bank of America
475 CrossPoint Pkwy. Getzville NY 14068
**Loan Number: 6643682021**
0
When recorded mail to:
Maria M Fernandes

171 Pequot Avenue #1
New London, CT 06320

Property Address:
38 Jefferson Ave
New London, CT 06320

# Satisfaction of Mortgage

**KNOW ALL MEN BY THESE PRESENTS**, that Bank of America, N.A., a corporation formed under the laws of the United States of America and doing business at 475 CrossPoint Pkwy, Getzville NY 14068, the owner and holder of a certain mortgage deed executed by Maria M Fernandes
To Bank Of America, N.A.
bearing the date of 03/31/2000, recorded in Official Records on 04/03/2000 in Book 1149 in Page 171 and **Rerecorded on** , in the Office of Land Records of the Recorder of New London City Land Records, State of Connecticut, securing certain note in the principal amount of $19,600.00, and certain promises and obligations set forth in said mortgage deed, upon the property situated in said State and County, hereby acknowledges full payment and satisfaction of said note and mortgage deed, and surrenders the same as canceled and hereby directs the County Recorder to cancel, release and discharge the same of record.

**IN WITNESS WHEREOF** the said corporation has caused these presents to executed in its name by its proper officers thereunto duly authorized on 06/09/2003.

Bank of America, N.A.

BY: _____
Anna V. Bates,
Vice President

Signed in the presence of:

_____
Michele Holtz

_____
Eric Olson

**STATE OF** New York
**COUNTY OF** Erie

On this day of 06/09/2003, before me, Nancy A Miller, the undersigned officer, personally appeared Anna V. Bates who acknowledged himself/herself to be the Anna V. Bates of Bank of America, N.A., a corporation, and that he/she, as such Vice President, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself/herself as Anna V. Bates.
**WITNESS** my hand in the County and State last aforesaid

_____
Nancy A Miller
Notary Public, State of New York
Qualified in Erie County
Commission Expires April 05, 2007

**Printed By:** nbkldg2         Bank of America Mortgage -- 173
**Loan Number:** 6643682021     **Borrower Name:** FERNANDES, MARIA M

```
 P309 LN 6643682021              MORTGAGE LOAN HISTORY                     07-30-03
NAME MM FERNANDE                INV-LN V11-001-007542577   DUE 05-01-03 TYPE 13-A
BR BZ MAN E P-TYPE 1 INT .0900000 FIRST PB        .00  2ND PB           .00
HUD      .00   NET     305.45  SF .00250000 SUSP      .00 STOP D B P F N A D L
REP      .00   RES         .00                         LNK LOAN Z 0 1 0 0 0 0 0
   APP              06-16          05-16          05-05          05-05      04-01
   DUE              00-00          00-00          05-03          05-03      04-03
   TYPE/TRAN        6   01         3   07         1   81         1   73     1   71
   AMOUNT             .00         871.88-      19,305.73         13.00      305.45
   PRIN-PD            .00            .00       19,159.29           .00       13.91
   PRIN-BAL           .00            .00             .00      19,159.29   19,159.29
   INT-PD             .00            .00          162.59           .00      143.80
   ESC-PD             .00         871.88-         16.15-           .00      147.74
   ESC-BAL            .00            .00          871.88        888.03      888.03
   A&H-INS            .00            .00             .00           .00         .00
   LIFE-INS           .00            .00             .00           .00         .00
   LC/FEES            .00            .00             .00  X      13.00         .00
   MISC-PD            .00            .00             .00           .00         .00
   ADV-BAL            .00            .00             .00           .00         .00
   SUSP               .00            .00             .00           .00         .00
   SC/PAYEE     P06011                                              *

PAGE 001 OF 004    TOTAL TRANS AVAILABLE 0017    OLDEST TRAN 07-01-02 /P
```