UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff | |
| | |
| VS. : | Civil No.3:03CV1031(SRU) |
| | |
| ONE PARCEL OF PROPERTY : | |
| LOCATED AT 38 JEFFERSON AVENUE | |
| NEW LONDON, CONNECTICUT, WITH | |
| ALL APPURTENANCES AND | |
| IMPROVEMENTS THEREON, AND | |
| Defendant | |
| | |
| [CLAIMANTS: MARIA M. FERNANDES, | |
| BANK OF AMERICA, AND ROBERT A. | |
| VENTURINI, JR.] | July 5, 2005 |

DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME

Pursuant to local Civ. Rule 7, the defendant, Maria Fernandes, in the above-entitled action, respectfully moves for an extension of time to August 4, 2005, in which to respond and/or object to the plaintiff's interrogatories and request for production dated June 6, 2005.

Counsel for the defendant is working diligently to respond to the discovery and obtain answers to information requested by the plaintiff. The propounded discovery seeks detailed information which the defendant is in the process of compiling. This is the first Motion for Extension of Time filed in this matter.

The undersigned represents that the plaintiff's attorney, Julie Turbert, does not consent to an extension

being granted in this matter.

    Hence, the plaintiff is requesting until August 4, 2005, to respond and/or object to the plaintiff's propounded discovery dated June 6, 2005.

                              THE DEFENDANT
                              MARIA FERNANDES

                              By_____
                                 John J. Nazzaro
                                 Federal Bar No. CT 005576
                                 Law Offices of John J. Nazzaro
                                 164 Hempstead Street
                                 New London CT  06320
                                 860-440-2755

CERTIFICATION OF SERVICE

    I certify that I mailed a copy of the within Amended Answer to the following on July    2005:

Office of the U.S. Attorney
Julie Turbert, AUSA
P. O. Box 1824
New Haven CT 06508

Bank of America
P. O. Box 9000
Getzville NY 14069-9000

Robert A. Venturini, Jr.
Osborne Correctional Inst.    Inmate No. 205620
100 Bolton Road
Somers CT 06071

The Honorable Stephen R. Underhill
U.S. District Court
915 Lafayette Blvd.
Bridgeport CT 06604

Attorney Anthony Basilica
37 Granite Street
New London CT  06320

People's Bank
850 Main St., 11th Floor
Bridgeport CT  06604
Attn:  Legal Department


                          By_____
                            John J. Nazzaro
                            Fed. Bar No.  05579
                            164 Hempstead Street
                            New London CT 06320
                            (860) 440-2755
                            (860) 440-2757 facsimile