UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA        :
Plaintiff

VS.                             :    Civil No.3:03CV1031(SRU)

ONE PARCEL OF PROPERTY          :
LOCATED AT 38 JEFFERSON AVENUE
NEW LONDON, CONNECTICUT, WITH
ALL APPURTENANCES AND
IMPROVEMENTS THEREON, AND
Defendant

[CLAIMANTS: MARIA M. FERNANDES,
BANK OF AMERICA, AND ROBERT A.
VENTURINI, JR.]                      July 1, 2005
```

**<u>AMENDED ANSWER TO VERIFIED COMPLAINT OF FORFEITURE</u>**

The claimant, Maria Fernandes, hereby files this Answer to the Verified Complaint of Forfeiture filed against One Parcel of Property located at 38 Jefferson Avenue, New London, Connecticut, with all appurtenances and improvements thereon, and (Claimants: Maria M. Fernandes, Bank of America, and Robert A. Venturini, Jr.).

    1.   As to the allegation contained in paragraph one, it is denied.

    2.   As to the allegation contained in paragraph two, it is admitted.

    3.   As to the allegation contained in paragraph three, it is admitted.

    4.    As to the allegation contained in paragraph four, it is admitted.

    5.    As to the allegation contained in paragraph five, it is denied.

    6.    As to the allegations contained in paragraph six, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    7.    As to the allegations contained in paragraph seven, it is admitted.

    8.    As to the allegations contained in paragraph eight, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    9.    As to the allegations contained in paragraph nine, it is admitted.

    10.    As to the allegations contained in paragraph ten, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    11.    As to the allegations contained in paragraph eleven, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

12.   As to the allegations contained in paragraph twelve, the Claimant, Maria M. Fernandes, it is denied.

13.   As to the allegations contained in paragraph thirteen, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

14.   As to the allegations contained in paragraph fourteen, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

15.   As to the allegations contained in paragraph fifteen, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

16.   As to the allegations contained in paragraph sixteen, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

17.   As to the allegations contained in paragraph seventeen, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

18.   As to the allegations contained in paragraph eighteen, the Claimant, Maria M. Fernandes, has insufficient

knowledge upon which to form a belief and therefore leaves the Government to its proof.

19.   As to the allegations contained in paragraph nineteen, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

20.   The Claimant, Maria M. Fernandes, admits that he has a criminal record consisting of convictions on various dates.

21.   As to the allegations contained in paragraph twenty-one, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

22.   As to the allegations contained in paragraph twenty-two, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

23.   As to the allegations contained in paragraph twenty-three, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

24.   As to the allegations contained in paragraph twenty-four, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and

therefore leaves the Government to its proof.

25. As to the allegations contained in paragraph twenty-five, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

26. As to the allegations contained in paragraph twenty-six, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

27. As to the allegations contained in paragraph twenty-seven, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

28. As to the allegations contained in paragraph twenty-eight, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

29. As to the allegations contained in paragraph twenty-nine, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

30. As to the allegations contained in paragraph thirty, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves

the Government to its proof.

31. As to the allegations contained in paragraph thirty-one, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

32. As to the allegations contained in paragraph thirty-two, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

33. As to the allegations contained in paragraph thirty-three, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

34. As to the allegations contained in paragraph thirty-four, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

35. As to the allegations contained in paragraph thirty-five, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

36. As to the allegation contained in paragraph thirty-six, it is denied.

37. As to the allegations contained in paragraph

thirty-seven, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

38. As to the allegations contained in paragraph thirty-eight, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

39. As to the allegations contained in paragraph thirty-nine, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

40. As to the allegations contained in paragraph forty, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

41. As to the allegations contained in paragraph forty-one, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

42. As to the allegations contained in paragraph forty-two, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

43. As to the allegations contained in paragraph

forty-three, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    44.  As to the allegation contained in paragraph forty-four, it is admitted.

    45.  As to the allegations contained in paragraph forty-five, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    46.  As to the allegations contained in paragraph forty-six, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    47.  As to the allegations contained in paragraph forty-seven, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    48.  As to the allegations contained in paragraph forty-eight, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

    49.  As to the allegations contained in paragraph forty-nine, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and

therefore leaves the Government to its proof.

50. As to the allegations contained in paragraph fifty, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

51. As to the allegations contained in paragraph fifty-one, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

52. As to the allegations contained in paragraph fifty-two, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

53. As to the allegations contained in paragraph fifty-three, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

54. As to the allegations contained in paragraph fifty-four, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

55. As to the allegations contained in paragraph fifty-five, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and

therefore leaves the Government to its proof.

56. As to the allegation contained in paragraph fifty-six, it is admitted.

57. As to the allegations contained in paragraph fifty-seven, the Claimant, Maria M. Fernandes, has insufficient knowledge upon which to form a belief and therefore leaves the Government to its proof.

58. As to the allegation contained in paragraph fifty-eight, it is denied.

Wherefore, the Claimant, Maria M. Fernandes, requests judgment enter in favor of the Claimant, Maria M. Fernandes, and the court enter an order of return of the property located at 38 Jefferson Avenue, New London, Connecticut, to the Claimant.

                              Respectfully submitted,

By_____
  John J. Nazzaro
  Fed. Bar No. 05579
  164 Hempstead Street
  New London CT 06320
  (860) 440-2755
  (860) 440-2757 facsimile

CERTIFICATION OF SERVICE

    I certify that I mailed a copy of the within Answer to the following on July     2005:

    Office of the U.S. Attorney
    Julie Turbert, AUSA
    P. O. Box 1824
    New Haven CT 06508

    Bank of America
    100 North Tryon Street
    Charlotte NC 28255

    Robert A. Venturini, Jr.
    MacDougall-Walker Correctional Institution
    1153 East Street South
    Suffield CT 06080


    By_____
      John J. Nazzaro
      Fed. Bar No.  05579
      164 Hempstead Street
      New London CT 06320
      (860) 440-2755
      (860) 440-2757 facsimile