# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States of America

v.

38 Jefferson Avenue, et al.

**APPEARANCE**

CASE NUMBER: 3:03cv1031(SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

People's Bank

| | |
|---|---|
| 7/14/05 | *Sheila J. Hall* (signature) |
| Date | Signature |
| ct 22566 | Sheila J. Hall |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-407-4200 | Gesmonde, Pietrosimone & Sgrignari, LLC |
| Telephone Number | 3127 Whitney Avenue |
| | Address |
| 203-407-4210 | Hamden, CT 06518 |
| Fax Number | |
| shall@gpsp.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Certification Attached.

*Sheila J. Hall* (signature)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed, postage prepaid, this 14th day of July, 2005 to:

Julie G. Turbert
Assistant U. S. Attorney
157 Church Street
New Haven, CT 06510

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate # 205620
100 Bilton Road
Sommers, CT 06071

Bank of America
P. O. Box 9000
Getzville, NY 14069-9000

             _____
             Sheila J. Hall