# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States of America

**APPEARANCE**

v.

CASE NUMBER: 3:03cv1031(SRU)

38 Jefferson Avenue, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

People's Bank

__7/14/05__
Date

_[signature]_
Signature

__ct 09091__
Connecticut Federal Bar Number

Lawrence C. Sgrignari
Print Clearly or Type Name

__203-407-4200__
Telephone Number

Gesmonde, Pietrosimone & Sgrignari, LLC
Address
3127 Whitney Avenue
Hamden, CT  06518

__203-407-4210__
Fax Number

__lsgrignari@gpsp.com__
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Certification Attached.

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 14th day of July, 2005 to:

Julie G. Turbert
Assistant U. S. Attorney
157 Church Street
New Haven, CT 06510

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate # 205620
100 Bilton Road
Sommers, CT 06071

Bank of America
P. O. Box 9000
Getzville, NY 14069-9000

_____
Lawrence C. Sgrignari