UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ************************************************* | CIVIL ACTION NO. |
| IN RE: | |
| | 3:03cv1031(SRU) |
| UNITED STATES OF AMERICA | |
| | |
|     Plaintiff | |
| | |
| vs. | |
| | |
| ONE PARCEL OF PROPERTY LOCATED AT | |
| 38 JEFFERSON AVENUE, NEW LONDON, | |
| CONNECTICUT, WITH ALL APPURTENANCES AND | |
| IMPROVEMENTS THEREON, AND | |
| | |
|     Defendant | |
| | |
| [CLAIMANTS: MARIA M. FERNANDES, PEOPLE'S | |
| BANK, AND ROBERT A. VENTURINI} | |
| | |
| ************************************************* | JULY 15, 2005 |

<u>VERIFIED STATEMENT OF CLAIMANT, PEOPLE'S BANK, PURSUANT TO RULE C OF
SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS</u>

The Claimant, People's Bank, submits this verified statement pursuant to Rule C of Supplemental Rules for Certain Admiralty and Maritime Claims, and respectfully asserts as follows:

The Claimant, People's Bank, claims an interest in the defendant

property by virtue of a mortgage in the original principal amount of $75,000.00, which mortgage is dated April 28, 2003 and recorded on May 28, 2003 at Volume 1351, Page 86 of the New London Land Records, which mortgage has a current principal balance of $74,104.31. The Claimant, People's Bank, claims an interest in the defendant property by virtue of said mortgage, and further claims an interest in the proceeds from the sale of said property which may result from the forfeiture proceeding as set forth in Plaintiff's Amended Verified Complaint, which interest includes the principal balance of $74,104.31, and any other charges, interest or expenses, including reasonable attorney's fees, that may accrue pursuant to the obligations and terms of said mortgage from the date hereof.

WHEREFORE, the Claimant, People's Bank, asserts its interest in the defendant property, and any proceeds resulting from the disposition thereof, and respectfully requests the court to afford the Claimant all relief to which it is entitled pursuant to law.

```
                                    THE CLAIMANT
                                    PEOPLE'S BANK

                                    BY: _____
                                    LAWRENCE C. SGRIGNARI
                                    GESMONDE, PIETROSIMONE &
                                    SGRIGNARI, L.L.C.
                                    3127 WHITNEY AVENUE
                                    HAMDEN, CT 06518 2318
                                    TEL. NO. (203) 407-4200
                                    FAX NO: (203) 407 4211
                                    FEDERAL BAR No: CT 09091
```

DECLARATION

I am the  First Vice President , and agent of the Claimant, People's Bank. I have read the contents of the Verified Statement of Claimant, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed this  15  day of July, 2005

_____
Its  First Vice President
    Ellen M. Kritemeyer
Duly Authorized

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of July, 2005 to:

Julie G. Turbert
Asst. US Attorney
157 Church Street
New Haven, CT 06510

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate # 205620
100 Bilton Road
Sommers, CT  06071

Bank of America
PO Box 9000
Getzville, NY  14069-9000

_____
LAWRENCE C. SGRIGNARI