UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 38 JEFFERSON AVENUE, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | July 25, 2005 |
| | : | |
| [CLAIMANTS: MARIA M. FERNANDES, | : | |
| ROBERT A. VENTURINI, JR., AND | : | |
| PEOPLE'S BANK.] | : | |

MOTION FOR DEFAULT JUDGMENT AGAINST
<u>ROBERT A. VENTURINI, JR.</u>

The United States of America, hereby moves for Default Judgment, and represents as follows:

On June 11, 2005, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendant, one parcel of property located at 38 Jefferson Avenue, New London, Connecticut, with all appurtenances and attachments thereon ("Defendant Property"). The Complaint alleges that the Defendant Property was used or intended to be used in any manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 <u>et seq.</u>, and is therefore subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

On June 18, June 25, and July 2, 2003, notice of this action was published in the <u>Hartford Courant</u> newspaper.

On June 25, 2003, Robert A. Venturini, Jr. was personally served by the United States Marshals Service with the Verified Complaint of Forfeiture , Lis Pendens, Notice of Complaint of Forfeiture against Real Property, Motin for Writ of Entry, Memorandum in Support of Motion for Writ of Entry, and proposed Writ of Entry.

No claim, answer or other defense having been filed by Robert A. Venturini, Jr. in this case as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the United States moved to default Robert A. Venturini, Jr., and all other persons and entities, except Maria M. Fernandes and People's Bank, for failure to defend.  On July 6, 2005, the Court granted the United States of America's request and defaulted Robert A. Venturini, Jr.

The United States now moves for entry of a default judgment in accordance with the Court's default of Robert A. Venturini, Jr.  A proposed Default Judgment is submitted herewith.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY


          JULIE G. TURBERT
          ASSISTANT  U.S. ATTORNEY
          P.O. BOX 1824
          NEW HAVEN, CT  06508
          (203) 821-3700
          FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Default Judgment Against Robert A. Venturini, Jr., has been mailed, postage prepaid, this 25th day of July, 2005 to:

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT  06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate No. 250620
100 Bilton Road
Somers , CT  06071

People's Bank
850 Main Street, 11th Floor
Bridgeport, CT 06604
Attn: Legal Department

Bank of America
475 CrossPoint Parkway
PO Box 9000
Getzville, NY 14069-9000

_____
                              JULIE G. TURBERT
                              ASSISTANT U.S. ATTORNEY