UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA | 3:03cv1031(SRU) |
| Plaintiff | |
| vs. | |
| ONE PARCEL OF PROPERTY LOCATED AT 38 JEFFERSON AVENUE, NEW LONDON, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | |
| Defendant | |
| [CLAIMANTS: MARIA M. FERNANDES, PEOPLE'S BANK, AND ROBERT A. VENTURINI] | |
| | AUGUST 4, 2005 |

### ANSWER OF THE CLAIMANT, PEOPLES BANK, TO AMENDED VERIFIED COMPLAINT OF FORFEITURE

The claimant, People's Bank, hereby files this Answer to the amended verified complaint of forfeiture filed against One Parcel of Property located at 38 Jefferson Avenue, New London, Connecticut, with all appurtenances and improvements thereon, and (Claimants: Maria M. Fernandes, People's Bank, and Robert A. Venturini).

    1.    As to the allegations contained in paragraph one, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

    2.    The allegation contained in paragraph two is admitted.

1

3.  The allegation contained in paragraph three is admitted.

4.  As to the allegations contained in paragraph four, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

5.  As to the allegations contained in paragraph five, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

6.  As to the allegations contained in paragraph six, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

7.  As to the allegations contained in paragraph seven, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

8.  The allegation contained in paragraph eight is admitted.

9.  The allegation contained in paragraph nine is admitted.

10. As to the allegations contained in paragraph ten, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

11. As to the allegations contained in paragraph eleven, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

12. As to the allegations contained in paragraph twelve, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

13. As to the allegations contained in paragraph thirteen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

14. As to the allegations contained in paragraph fourteen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

15. As to the allegations contained in paragraph fifteen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

16. As to the allegations contained in paragraph sixteen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

17. As to the allegations contained in paragraph seventeen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

18. As to the allegations contained in paragraph eighteen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

19. As to the allegations contained in paragraph nineteen, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

20. As to the allegations contained in paragraph twenty, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

21. As to the allegations contained in paragraph twenty-one, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

22. As to the allegations contained in paragraph twenty-two, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

23. As to the allegations contained in paragraph twenty-three, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

24. As to the allegations contained in paragraph twenty-four, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

25. As to the allegations contained in paragraph twenty-five, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

26. As to the allegations contained in paragraph twenty-six, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

27. As to the allegations contained in paragraph twenty-seven, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

28. As to the allegations contained in paragraph twenty-eight, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

29. As to the allegations contained in paragraph twenty-nine, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

30. As to the allegations contained in paragraph thirty, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

31. As to the allegations contained in paragraph thirty-one, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

32. As to the allegations contained in paragraph thirty-two, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

33. As to the allegations contained in paragraph thirty-three, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

34. As to the allegations contained in paragraph thirty-four, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

35. As to the allegations contained in paragraph thirty-five, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

36. As to the allegations contained in paragraph thirty-six, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

37. As to the allegations contained in paragraph thirty-seven, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

38. As to the allegations contained in paragraph thirty-eight, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

39. As to the allegations contained in paragraph thirty-nine, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

40. As to the allegations contained in paragraph forty, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

41. As to the allegations contained in paragraph forty-one, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

42. As to the allegations contained in paragraph forty-two, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

43. As to the allegations contained in paragraph forty-three, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

44. As to the allegations contained in paragraph forty-four, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

45. As to the allegations contained in paragraph forty-five, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

46. As to the allegations contained in paragraph forty-six, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

47. As to the allegations contained in paragraph forty-seven, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

48. As to the allegations contained in paragraph forty-eight, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

49. As to the allegations contained in paragraph forty-nine, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

50. As to the allegations contained in paragraph fifty, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

51. As to the allegations contained in paragraph fifty-one, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

52. As to the allegations contained in paragraph fifty-two, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

53. As to the allegations contained in paragraph fifty-three, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

54. As to the allegations contained in paragraph fifty-four, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

55. As to the allegations contained in paragraph fifty-five, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

56. As to the allegations contained in paragraph fifty-six, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

57. As to the allegations contained in paragraph fifty-seven, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

58. As to the allegations contained in paragraph fifty-eight, the claimant, People's Bank lacks knowledge or information upon which to form a belief, and leaves plaintiff to its proof.

RESPECTFULLY SUBMITTED

BY: _____
SHEILA J. HALL
GESMONDE, PIETROSIMONE &
SGRIGNARI, L.L.C.
3127 WHITNEY AVENUE
HAMDEN, CT 06518 2318
TEL. NO. (203) 407-4200
FAX NO: (203) 407 4211
FEDERAL BAR No: CT 22566

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid to:

Julie G. Turbert
Asst. US Attorney
157 Church Street
New Haven, CT 06510

Anthony Basilica, Esq.
37 Granite Street
New London, CT 06320

John J. Nazzaro, Esq.
164 Hemstead Street
New London, CT 06320

Robert A. Venturini, Jr.
Osborne Correctional Institution
Inmate # 205620
100 Bilton Road
Sommers, CT  06071

Bank of America
PO Box 9000
Getzville, NY  14069-9000

SHEILA J. HALL