UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 SEP -2 P 1:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| ONE PARCEL OF PROPERTY LOCATED AT 38 JEFFERSON AVENUE, NEW LONDON, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | : | |
| Defendant. | : | |
| [CLAIMANTS: MARIA M. FERNANDES, ROBERT A. VENTURINI, JR., AND PEOPLE'S BANK.] | : | |

### DEFAULT JUDGMENT

Upon entry of a default on July 6, 2005, against Robert A. Venturini, Jr. for failure to file a claim or answer or otherwise defend as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and there having been no request to set aside said default,

It is hereby ORDERED, ADJUDGED, and DECREED:

That default judgment is hereby entered against Robert A. Venturini, Jr., and all other persons or entities except Maria M. Fernandes and People's Bank for failure to defend.

SO ORDERED at Bridgeport, Connecticut, this 2nd day of September, 2005.

STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE