

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

FILED
2005 NOV -8  A 8:29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Connecticut Financial Center*
*157 Church Street*
*P.O. Box 1824*
*New Haven, Connecticut 06510*

*(203) 821-3700*
*Fax (203) 773-5373*
*www.usdoj.gov/usao/ct*

November 4, 2005

Honorable Stefan R. Underhill
United States District Judge
915 Lafayette Boulevard
Bridgeport, CT 06604

    Re:    <u>United States v. 38 Jefferson Avenue, New London, CT</u>
             Civil No. 3:03CV1031 (SRU)

Dear Judge Underhill:

    Pursuant to the parties telephonic status conference held on September 21, 2005, I am writing on behalf of the parties to bring the Court up to date on the status of this matter. During the September 21, 2005, telephone conference, undersigned counsel appeared on behalf of the Plaintiff, United States of America, and Attorney John Nazzaro appeared on behalf of the Claimant, Maria Fernandes.

    During the conference, I recall that I indicated that the parties had engaged in formal discovery and that the Government was waiting for additional documentation from the Claimant. Since the conference, the Government has received most of the requested documentation, but is currently awaiting additional information and documents from third parties. Once the information is received and counsel has a chance to review the materials with the case agent from the Drug Enforcement Administration and local law enforcement officer from the New London Police Department, the Government will be in a better position to evaluate the case.

    Therefore, the parties respectfully request additional time to evaluate their respective interests and positions regarding the claim of Maria Fernandes. Attorney Nazzaro has reviewed this letter and is satisfied with the representations contained herein.

                                   Very truly yours,

                                   KEVIN J. O'CONNOR
                                   UNITED STATES ATTORNEY

                                   JULIE G. TURBERT
                                   ASSISTANT U.S. ATTORNEY

cc:    John J. Nazzaro, Esq.