UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| ONE PARCEL OF PROPERTY LOCATED AT 38 JEFFERSON AVENUE, NEW LONDON, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | : | |
| Defendant. | : | August 8, 2006 |
| [CLAIMANTS: MARIA M. FERNANDES AND PEOPLE'S BANK] | : | |

STIPULATION OF DISMISSAL

It is hereby stipulated between the Plaintiff, United States of America, and the Claimant, Maria M. Fernandes, that the above-captioned cause of action may be dismissed, with prejudice, each party to bear its costs and attorney's fees.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

8/8/06
DATE

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FEDERAL BAR #ct23398

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

7/27/06
DATE

_____
JOHN J. NAZZARO, ESQ.
ROME McGUIGAN
164 HEMPSTEAD STREET
NEW LONDON, CT 06320
FEDERAL BAR # ct
TELEPHONE: (860) 440-2755


COUNSEL FOR THE CLAIMANT
MARIA M. FERNANDES

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation of Dismissal has been mailed, postage prepaid, on this 8th day of August, 2006, to:

John J. Nazzaro, Esq.
Rome McGuigan
164 Hempstead Street
New London, CT 06320

Lawrence C. Sgrignari, Esq.
Sheila J. Hall, Esq.
Gesmonde, Pietresimone, Sgrignari, Pinkus & Sachs
3127-3129 Whitney Avenue
Hamden, CT 06518

                                                                       _____
                                                                       JULIE G. TURBERT
                                                                       ASSISTANT U.S. ATTORNEY
                                                                       157 CHURCH STREET
                                                                       NEW HAVEN, CT 06510
                                                                       TELEPHONE: (203) 821-3700
                                                                       FACSIMILE: (203) 773-5373
                                                                       FEDERAL BAR # ct23398