UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 38 JEFFERSON AVENUE, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | August 8, 2006 |
| | : | |
| [CLAIMANTS: MARIA M. FERNANDES | : | |
| AND PEOPLE'S BANK] | : | |

STIPULATION FOR COMPROMISE SETTLEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the PLAINTIFF and the CLAIMANT, MARIA M. FERNANDES ("CLAIMANT"), and her agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-styled action, upon the terms and conditions set forth below:

1. That the UNITED STATES agrees to dismiss the forfeiture action against the real property located at 38 Jefferson Avenue, New London, Connecticut, and record a Release of Lis Pendens on the New London Land Records.

2. The CLAIMANT, MARA M. FERNANDES, hereby releases and forever discharges the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the New London Police Department, and any other law enforcement agency involved in the underlying investigation, their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the forfeiture action involving the defendant property located at 38 Jefferson Avenue, New London, Connecticut.

3. The CLAIMANT further agrees to hold and save the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the New London Police Department, and any other law enforcement agency involved in the underlying investigation, their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the forfeiture action involving the the defendant property located at 38 Jefferson Avenue, New London, Connecticut.

4. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

8/8/06
DATE

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FACSIMILE: (203) 773-5373
FEDERAL BAR #ct23398

COUNSEL FOR PLAINTIFF,
UNITED STATES OF AMERICA

7/27/06
DATE

JOHN J. NAZZARO, ESQ.
ROME McGUIGAN
164 HEMPSTEAD STREET
NEW LONDON, CT 06320
FEDERAL BAR # ct
TELEPHONE: (860) 440-2755
FACSIMILE: (860) 440-2757

COUNSEL FOR THE CLAIMANT
MARIA M. FERNANDES

7/27/06
DATE

MARIA M. FERNANDES
CLAIMANT

3

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement has been mailed, postage prepaid, on this 8th day of August, 2006, to:

John J. Nazzaro, Esq.
Rome McGuigan
164 Hempstead Street
New London, CT 06320

Lawrence C. Sgrignari, Esq.
Sheila J. Hall, Esq.
Gesmonde, Pietresimone, Sgrignari, Pinkus & Sachs
3127-3129 Whitney Avenue
Hamden, CT 06518

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FACSIMILE: (203) 773-5373
FEDERAL BAR # ct23398