UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV1031 (SRU) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 38 JEFFERSON AVENUE, | : | |
| NEW LONDON, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | September 5, 2006 |
| | : | |
| [CLAIMANTS: MARIA M. FERNANDES | : | |
| AND PEOPLE'S BANK] | : | |

STIPULATION OF DISMISSAL

It is hereby stipulated between the Plaintiff, United States of America, and the Claimant, People's Bank, that the above-captioned cause of action may be dismissed, with prejudice, each party to bear its costs and attorney's fees.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____                                        _____
DATE                                                                JULIE G. TURBERT
                                                                            ASSISTANT U.S. ATTORNEY
                                                                            157 CHURCH STREET
                                                                            NEW HAVEN, CT 06510
                                                                            TELEPHONE: (203) 821-3700
                                                                            FEDERAL BAR #ct23398

                                                                            COUNSEL FOR PLAINTIFF,
                                                                            UNITED STATES OF AMERICA

| | |
|---|---|
| _____<br>DATE | _____<br>LAWRENCE C. SGRIGNARI, ESQ.<br>SHEILA J. HALL, ESQ.<br>GESMONDE, PIETRESIMONE,<br>SGRIGNARI,<br>PINKUS & SACHS<br>3127-3129 WHITNEY AVENUE<br>HAMDEN, CT  06518<br>FEDERAL BAR # ct<br>TELEPHONE:  (203)<br><br>COUNSEL FOR THE CLAIMANT<br>PEOPLE'S BANK |

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation of Dismissal has been mailed, postage prepaid, on this 5th day of September, 2006, to:

John J. Nazzaro, Esq.
Rome McGuigan
164 Hempstead Street
New London, CT 06320

Lawrence C. Sgrignari, Esq.
Sheila J. Hall, Esq.
Gesmonde, Pietresimone, Sgrignari, Pinkus & Sachs
3127-3129 Whitney Avenue
Hamden, CT 06518

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FACSIMILE: (203) 773-5373
FEDERAL BAR # ct23398